**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-09-7655**

## ORDER

Before the Court is appellant's November 21, 2014 objection to panel members.

Appellant's motion is **DENIED** as moot.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE